FOURTH DEPARTMENT, SEPTEMBER TERM, 1891.

Central and Hudson River Railroad Company, Respondent. — Judgment affirmed, with costs. Opinion by Mayham, J.; Landon, J., not acting.

The People of the State of New York ex rel. Ebenezer G. Blakslee, Appellant, v. The Commissioners of the Land Office, Respondent. — Action of commissioners confirmed, with fifty dollars costs and disbursements. Opinion by Mayham, J.

George C. Preston, Respondent, v. Samuel R. Hawley, Appellant. — Judgment reversed, new trial granted, costs to abide event. Opinion by Learned P. J.; and by Mayham, J., dissenting.

Walter B. Bonney, Respondent, v. James Paul and others, Appellants. — Judgment of County Court and of justice of peace reversed, with costs. Opinion by Learned, P. J.

Warren B. Collamer, Respondent, v. Albert H. Farrington, Appellant. — Judgment affirmed, with costs. Opinions by Learned, P. J., and Mayham, J.

James Donohue, Respondent, v. Hiram Whitney, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.; Mayham, J., not acting.

James H. Chadwick, Respondent, v. William Bewsher, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.

The Merchants' National Bank of Whitehall, Respondent, v. Harriet C. Chapin and others, Appellants. — Order modified as per opinion, and, as modified, affirmed, with costs. Order to be settled by Landon, J.

Amelia H. Bumstead, an Infant, etc., Appellant, v. Walter T. L. Sanders, Respondent. — Judgment affirmed, with costs. Opinion by Learned. P. J.; Mayham, J., not acting.

Elizabeth Winne, Appellant, v. The City of Albany, Respondent. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Michael Murray, Respondent, v. Louis Friensberg, Appellant — Judgment and order affirmed, with costs. Opinion by Mayham, J.; Landon, J., dissenting

Frederick Beiermeister, Jr., and others, Appellants, v. The City of London Fire Insurance Company, Respondent. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Maria Ten Eyck and others, Appellants, v. Catherine A. Whitbeck and others, Respondents. — Judgment affirmed, with costs. If plaintiff desires, the judgment may state that, but for the recording acts, judgment would have been reversed. Opinion by Landon, J.; Mayham, J., not acting.

The People of the State of New York, Respondent, v. William H. M. Hulett, Appellant. — Judgment and conviction affirmed. Opinion by Mayham, J.

The People of the State of New York, Respondent, v. Edward Wilber, Appellant. — Judgment and conviction affirmed. Opinion by Learned, P. J.

Harmon Houghtaling, Respondent, v. Harriet L. Lloyd, Appellant. — Judgment of County Court and of justice of peace reversed, with costs. Opinion by Learned, P. J.

Delia Crate, Respondent, v. Jarvis Decorah, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.

Jonathan D. Manett, Respondent, v. William Simpson, Appellant. — Judgment affirmed, with costs. Opinion by Mayham, J.

Charles Oberle, Respondent, v. The Lang Manufacturing Company, Appellant — Motion to go to Court of Appeals, or for reargument, or to modify judgment, reversed and new trial ordered, with costs to abide event unless plaintiff stipulates to allow ten dollars, and, if allowed, then affirmed, with costs.

---

SECOND DEPARTMENT, SEPTEMBER TERM, 1891.

Mary Pratt v. Sidney G. Poole and others — Judgment affirmed, with costs. Opinion by Barnard, P. J.

---

FOURTH DEPARTMENT, SEPTEMBER TERM, 1891.

Anna V. Borden, as Administratrix, etc., Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Respondent. — Judgment affirmed, with costs.

Morris Coleman, as Administrator, etc.. Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs.

Joanna E. Eustace, Appellant. v. John Shoemaker, Respondent. — Judgment of the County Court reversed, and that of the justice affirmed, with costs.

George Miner, Respondent, v. Clark N. Brown and others, Appellants. — Judgment affirmed, with costs.

Leonard Gardiner, Respondent, v. George H. Northrup, Appellant. — Judgment of the County Court of Madison county and of the Justice's Court reversed, with costs.

The Village of Oneida v. the Board of Supervisors of Madison County. — Held: (1.) The act of the legislature, under which the claims of the plaintiff are made, is constitutional. (2) The claims of sixty dollars and sixty cents, and interest thereon from the 1st day of June, 1883, and of seventy-one dollars and forty two cents, and interest thereon from the 1st day of June, 1884, are barred by the statute of limitations. (3) The plaintiff is entitled to recover the claims, not so barred, mentioned in the first question stated in the submission, with interest thereon from the several dates mentioned in said questions, and judgment therefor is ordered for the plaintiff against defendant, with costs. The formula of the judgment may be settled before Hardin, P. J., upon five days notice.

The People of the State of New York, Appellant, v. Stephen W. Jones, Respondent. — Order affirmed, with ten dollars costs and disbursements.

In the Matter of the Estate of Sidney Smith, Deceased, Adon Smith and others, Appellants; Henry M. Aylesworth, District Attorney, Respondent — Order affirmed, with ten dollars costs and disbursements

Hope A. Lemon, Respondent, v. Adon Smith and others, Appellants.

Richard O. Smith and others, Respondents, v. Adon Smith and others, Appellants. — Order affirmed, with ten dollars costs and disbursements.

Daniel Shaver, Respondent. v. Allie Shaver, as Executor, and others, Appellants. — Order affirmed, with ten dollars costs and disbursements.

Thomas Heslan and another, Appellants, v. William W. Fowler and others, Respondents. — Order affirmed, with costs. Mem. by Hardin, P. J.; Merwin, J., not sitting.

William Hughes, as Executor, and others, Appellants, v. George Bingham and others, Respondents. — Judgment affirmed, with costs.